Form 8

**FORM 8. Entry of Appearance**

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DietGoal Innovations LLC    v. Bravo Media LLC

No. 14-1631

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☑ As counsel for:    DietGoal Innovations LLC
                                 Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant
☑ Appellant     ☐ Appellee      ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

My address and telephone are:

Name: Eric W. Buether
Law firm: Buether Joe & Carpenter LLC
Address: 1700 Pacific Avenue, Suite 4750
City, State and ZIP: Dallas, Texas 75201
Telephone: 214-466-1270
Fax #: 214-635-1827
E-mail address: eric.buether@bjciplaw.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 05/13/1998

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes    ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

7/16/2014                    *[signature]*
Date                         Signature of pro se or counsel

cc: _____

123