NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIETGOAL INNOVATIONS LLC,**
*Plaintiff - Appellant*

v.

**BRAVO MEDIA LLC, (Division of NBC Universal Media, LLC),**
*Defendant - Appellee*

---

14-1631

---

Appeal from the United States District Court for the Southern District of New York in case no. 1:13-cv-08391-PAE Judge Paul A. Engelmayer

---

ON MOTION

O R D E R

Upon consideration of the Appellee's, Bravo Media LLC, unopposed motion to extend time to file the principal response brief until November 18, 2014,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

October 9, 2014                /s/ Daniel E. O'Toole
                                        Daniel E. O'Toole
                                        Clerk of Court