No. 14-1631

UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

DIETGOAL INNOVATIONS LLC,
*Plaintiff-Appellant*,

v.

BRAVO MEDIA, LLC (DIVISION OF NBC UNIVERSAL MEDIA, LLC),
*Defendant-Appellee*,

AND

TIME, INC.,
*Defendant-Appellee*.

**2014-1631, 2014-1770 (Consolidated)**

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK IN CASE NO. 1:13-CV-08391-PAE AND CASE NO. 1:13-CV-08381-PAE, JUDGE PAUL A. ENGELMAYER

PLAINTIFF-APPELLANT DIETGOAL INNOVATIONS LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF

ERIC W. BUETHER
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas  75201
(214) 466-1271
*Attorney for Plaintiff-Appellant*

# CERTIFICATE OF INTEREST

Counsel for the Appellant, DietGoal Innovations LLC, certifies the following:

1. The full name of every party or amicus represented by me is:

    DietGoal Innovations LLC

2. The name of the real party in interest represented by me is:

    DietGoal Innovations LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Eric W. Buether
    Christopher M. Joe
    Brian A. Carpenter
    Mark D. Perantie
    Niky Bukovcan
    Michael D. Ricketts
    BUETHER JOE & CARPENTER, LLC

    Steven War
    MCNEELY HARE & WAR LLP

    Damon M. Young
    THE LAW OFFICES OF DAMON YOUNG

Plaintiff-Appellant DietGoal Innovations LLC respectfully moves this Court for a 10-day extension of time, until November 6, 2014, in which to file its opening brief in reference to *DietGoal Innovations LLC v. Time, Inc.* Appellant's brief is currently due on October 27, 2014. Good cause exists for the requested extension, as set forth in detail in the following Declaration of Eric W. Buether. Appellee does not oppose this motion.

Dated:  October 24, 2014

Respectfully submitted,

*/s/ Eric W. Buether*
Eric W. Buether
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone:  (214) 466-1272
Facsimile:   (214) 635-1828
Eric.Buether@BJCIPLaw.com

*Counsel for Plaintiff-Appellant*

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

*DIETGOAL INNOVATIONS, LLC v. BRAVO MEDIA, LLC*
*AND*
*DIETGOAL INNOVATIONS, LLC v. TIME, INC.*

14-1631

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October 24, 2014, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: October 24, 2014

*/s/ Eric W. Buether*
Eric W. Buether
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828
Eric.Buether@BJCIPLaw.com

*Counsel for Plaintiff-Appellant*