**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

DANIEL E. O'TOOLE
CLERK OF COURT

TELEPHONE: 202-275-8000

October 29, 2014

To: Eric William Buether

Re: Appeal No. 14-1631, DietGoal Innovations LLC v. Bravo Media LLC

**NOTICE OF REJECTION**

Dear Counsel:

Your recently submitted motion cannot be filed for the following reason(s):

- Cases 14-1631 and 14-1770 are companion cases, not consolidate cases. Please re-file your motion in 14-1770 to which the deadline you are requesting applies.

If you have any questions or need assistance, please contact the Clerk's Office.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court