NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIETGOAL INNOVATIONS LLC,**
*Plaintiff-Appellant,*

v.

**BRAVO MEDIA LLC, (DIVISION OF NBC UNIVERSAL MEDIA, LLC),**
*Defendant-Appellee.*

---

2014-1631

---

Appeals from the United States District Court for the Southern District of New York in No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer.

---

**ON MOTION**

---

**O R D E R**

The Application Developers Alliance, Computer and Communications Industry Association, Electronic Frontier Foundation, Engine Advocacy, National Restaurant Association, and Public Knowledge move for leave to file a brief amicus curiae.

Upon consideration thereof,

2             DIETGOAL INNOVATIONS LLC v. BRAVO MEDIA LLC

IT IS ORDERED THAT:

Any opposition shall be filed no later than seven days after the issuance of this order. Any reply is due no later than three days from the date of service of the response.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s31