No. 14-1631

# United States Court of Appeals
# For the Federal Circuit

DIETGOAL INNOVATIONS LLC,

*Plaintiff-Appellant*,

v.

BRAVO MEDIA, LLC (DIVISION OF NBC UNIVERSAL MEDIA, LLC),

*Defendant-Appellee*.

**Appeal From The United States District Court For The Southern District of New York
In Case No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer**

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR APPELLANT TO FILE REPLY BRIEF**

ERIC W. BUETHER
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas  75201
(214) 466-1271

*Attorney for Plaintiff-Appellant
DietGoal Innovations LLC*

Counsel for the Appellant, DietGoal Innovations LLC, certifies the following:

1. The full name of every party or amicus represented by me is:

   DietGoal Innovations LLC

2. The name of the real party in interest represented by me is:

   DietGoal Innovations LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

   None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   Eric W. Buether
   Christopher M. Joe
   Brian A. Carpenter
   Mark D. Perantie
   Niky Bukovcan
   Michael D. Ricketts
   BUETHER JOE & CARPENTER, LLC

   Steven War
   MCNEELY HARE & WAR LLP

   Damon M. Young
   THE LAW OFFICES OF DAMON YOUNG

Plaintiff-Appellant DietGoal Innovations LLC respectfully moves this Court for a 2-day extension of time, until December 11, 2014, in which to file its reply brief. Appellant's brief is currently due on December 9, 2014. Good cause exists for the requested extension, as set forth in detail in the following Declaration of Eric W. Buether. Appellee does not oppose this motion.

Dated: December 9, 2014            Respectfully submitted,

                                   Respectfully submitted,

                                   /s/ Eric W. Buether
                                   Eric W. Buether
                                   BUETHER JOE & CARPENTER, LLC
                                   1700 Pacific Avenue
                                   Suite 4750
                                   Dallas, Texas 75201
                                   Telephone:  (214) 466-1272
                                   Facsimile:   (214) 635-1828
                                   Eric.Buether@BJCIPLaw.com

                                   *Counsel for Plaintiff-Appellant*

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 9, 2014, by electronic means using the CM/ECF System, which will serve via email notice of such filing to any of the following counsel registered as CM/ECF users:

> J. Christopher Carraway
> Norman Andrew Sfeir
> KLARQUIST SPARKMAN, LLP
> One World Trade Center
> 121 SW Salmon Street
> Portland, OR  97204

Paper copies will also be mailed to the above counsel at the time paper copies are sent to the Court.

December 9, 2014

> */s/ Eric W. Buether*
> Eric W. Buether