NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————————

**DIETGOAL INNOVATIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**BRAVO MEDIA, LLC (DIVISION OF NBC
UNIVERSAL MEDIA, LLC),**
*Defendant-Appellee.*

———————————————

2014-1631

———————————————

Appeals from the United States District Court for the Southern District of New York in No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer.

———————————————

**ON MOTION**

———————————————

**O R D E R**

Plaintiff-Appellant DietGoal Innovations LLC moves for a 2-day extension to file out of time its reply brief. The motion is unopposed.

Upon consideration thereof,

IT IS ORDERED THAT:

2                    DIETGOAL INNOVATIONS LLC v. BRAVO MEDIA LLC

 

    The motion is granted.  The reply brief is due December 11, 2014.

                                      FOR THE COURT

                                      <u>/s/ Daniel E. O'Toole</u>
                                      Daniel E. O'Toole
                                      Clerk of Court

s31