No. 14-1631

# United States Court of Appeals
# For the Federal Circuit

DIETGOAL INNOVATIONS LLC,

*Plaintiff-Appellant*,

v.

BRAVO MEDIA, LLC (DIVISION OF NBC UNIVERSAL MEDIA, LLC),

*Defendant-Appellee*.

**Appeal From The United States District Court For The Southern District of New York
In Case No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer**

**MOTION FOR LEAVE TO FILE OUT OF TIME
REPLY BRIEF OF APPELLANT**

ERIC W. BUETHER
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue, Suite 4750
Dallas, Texas  75201
(214) 466-1271

*Attorney for Plaintiff-Appellant
DietGoal Innovations LLC*

Counsel for the Appellant, DietGoal Innovations LLC, certifies the following:

1. The full name of every party or amicus represented by me is:

    DietGoal Innovations LLC

2. The name of the real party in interest represented by me is:

    DietGoal Innovations LLC

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Eric W. Buether
Christopher M. Joe
Brian A. Carpenter
Mark D. Perantie
Niky Bukovcan
Michael D. Ricketts
BUETHER JOE & CARPENTER, LLC

Steven War
MCNEELY HARE & WAR LLP

Damon M. Young
THE LAW OFFICES OF DAMON YOUNG

Plaintiff-Appellant DietGoal Innovations LLC (hereinafter "DietGoal" or "Appellant") respectfully moves this Court for leave to file out of time the attached reply brief. Appellant has received consent from Appellee Time, Inc. to file Appellant's reply brief after the agreed-upon date of December 11, 2014.

The deadline for filing the attached reply brief was December 11, 2014. Counsel for Appellant prepared and filed the reply brief on December 11, 2014, at 11:11 p.m. CST, which means the reply brief was actually filed at 12:11 a.m. EST on December 12, 2014, thereby causing the Federal Circuit to reject the brief as untimely filed. The time difference was inadvertently overlooked by counsel for Appellant.

Appellant DietGoal Innovations LLC respectfully requests that this Motion to File Out of Time be granted and Appellant's Reply Brief be deemed timely filed with the Court.

Dated: December 18, 2014                Respectfully submitted,

*/s/ Eric W. Buether*
Eric W. Buether
BUETHER JOE & CARPENTER, LLC
1700 Pacific Avenue
Suite 4750
Dallas, Texas 75201
Telephone: (214) 466-1272
Facsimile: (214) 635-1828
Eric.Buether@BJCIPLaw.com

*Counsel for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on December 18, 2014, by electronic means using the CM/ECF System, which will serve via email notice of such filing to any of the following counsel registered as CM/ECF users:

> J. Christopher Carraway
> Norman Andrew Sfeir
> KLARQUIST SPARKMAN, LLP
> One World Trade Center
> 121 SW Salmon Street
> Portland, OR  97204

December 18, 2014

>                             */s/ Eric W. Buether*
>                             Eric W. Buether