NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DIETGOAL INNOVATIONS LLC,**
*Plaintiff-Appellant*

v.

**BRAVO MEDIA LLC, (DIVISION OF NBC UNIVERSAL MEDIA, LLC),**
*Defendant-Appellee*

---

2014-1631

---

Appeal from the United States District Court for the Southern District of New York in No. 1:13-cv-08391-PAE, Judge Paul A. Engelmayer.

---

**JUDGMENT**

---

ERIC WILLIAM BUETHER, Buether Joe & Carpenter LLC, Dallas, TX, argued for plaintiff-appellant.

J. CHRISTOPHER CARRAWAY, Klarquist Sparkman, LLP, Portland, OR, argued for defendant-appellee. Also represented by NORMAN ANDREW SFEIR.

VERA RANIERI, Electronic Frontier Foundation, San Francisco, CA, for amici curiae Application Developers

Case: 14-1631    Document: 61-2    Page: 2    Filed: 04/08/2015

Alliance, et al. Also represented by DANIEL K. NAZER; CHARLES DUAN, Public Knowledge, Washington, DC.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MAYER, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>April 8, 2015</u>　　　　　　　　　/s/ Daniel E. O'Toole
　　Date　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　Clerk of Court